**Jimmy Lee WEBB**

v.

**STATE**

**CR-13-1272**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Jason LEAVINS**

v.

**STATE**

**CR-13-1282**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Reginald Bernard CHAPMAN**

v.

**STATE**

**CR-13-1304**

Court of Criminal Appeals of Alabama.

01/23/2015

Affirmed

**Adam HUDSON**

v.

**STATE**

**CR-13-1306**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Ernest BROWN**

v.

**STATE**

**CR-13-1307**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed